as imported, and it was conceded by counsel for the defendant that the merchandise consists of pickets. On the record presented it was held that the merchandise in question is something more than lumber, i. e., pickets, made from lumber. The claims of the plaintiff were therefore sustained.

**No. 56265.**—Scandia Specialties *v.* United States, protests 176221–K and 176222–K (New York).

Opinion by MOLLISON, J. The protests were dismissed.

**No. 56266.**—Rio Grande Importing Co. *v.* United States, protests 137389–K, etc. (Laredo).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 15, 1952

**No. 56267.**—Arrow Sales, Inc., and William L. Buck *v.* United States, protests 173975–K and 173719–K (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 56268.**—N. Bloom & Sons, Inc. *v.* United States, protest 174134–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 56269.**—O. Yoshizawa Co. *v.* United States, protests 876611–G, etc. (New York).

Opinion by FORD, J. An examination of the official records disclosing no reason which would warrant disturbing the presumptively correct classifications made by the collector, the protests were overruled.

**No. 56270.**—O. Yoshizawa Co. *v.* United States, protest 554990–G (New York).

Opinion by FORD, J. The protest was dismissed.

**No. 56271.**—O. Yoshizawa Co. *v.* United States, protest 610845–G (New York).

Opinion by FORD, J. The protest was dismissed.

**No. 56272.**—The Attorney General as Successor to the Alien Property Custodian *v.* United States, protest 94655–K (New York).

Opinion by FORD, J. The protest was dismissed.

JANUARY 15, 1952

**No. 56273.**—SUIT 4668.—The Frost Railway Supply Co. *v.* United States.— —C. D. 1281 affirmed November 7, 1951. C. A. D. 469.